## Mills et al., Appellants, *v.* Munro.

Argued September 12, 1972. *Dennis J. Monaghan,* for appellants; *John D. DiGiacomo,* with him *Fackenthal, Teel & Stettz,* for appellee.

Order affirmed.